# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA MCCLAIN,<br><br>        Plaintiff,<br><br>   v.<br><br>L. GONZALES, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:07-cv-00945-OWW-SKO PC<br><br>ORDER GRANTING MOTIONS TO MODIFY DISCOVERY DEADLINES<br><br>(Docs. 35, 39)<br><br>DISCOVERY CUTOFF DATE–06/30/2010<br>DISPOSITIVE MOTION DEADLINE–08/31/2010 |

Plaintiff Nakia McClain ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are motions from both Plaintiff and Defendants requesting modification of the scheduling order filed on May 5, 2009. (Doc. #35, 39.) Defendants request a 60-day extension of time based on an unexpected medical leave by Defendants' attorney. Plaintiff requests an extension due to limited access to the law library. Good cause having been shown, the Court will grant the motions. The deadline for conducting discovery will be June 30, 2010. The deadline for filing pre-trial dispositive motions will be August 31, 2010.

Good cause having been shown, it is HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 16(b), the deadline for the completion of all discovery, including filing motions to compel, shall be June 30, 2010; and

2. The deadline for filing pre-trial dispositive motions shall be August 31, 2010.

IT IS SO ORDERED.

**Dated:   April 26, 2010**             **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE