# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA MCCLAIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>L. GONZALES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00945-OWW-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 49) |

Plaintiff Nakia McClain ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's request for a preliminary injunction be denied. (Doc. #49.) The Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Neither party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, the Court HEREBY ORDERS that:

1. The June 28, 2010 Findings and Recommendations are ADOPTED in full; and
2. Plaintiff's request for preliminary injunctive relief is DENIED.

IT IS SO ORDERED.

Dated: September 2, 2010         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE