IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA MCCLAIN,<br><br>    Plaintiff,<br><br>v.<br><br>L. GONZALES, et al.,<br><br>    Defendants. | CASE NO. 1:07-cv-00945 OWW JLT<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 61) |

On September 29, 2010, Plaintiff filed a request for an extension of time to oppose the defendants' motion for summary judgment. (Doc. 61) Plaintiff reports that he did not receive the motion until September 21, 2010. (Doc. 61 at 1) He asserts that he needs time in the law library to adequately oppose the motion and seeks a 30-day extension, to November 1, 2010, to file his opposition. (Doc. 61 at 2)

Good cause appearing, Plaintiff's request for an extension of time, until November 1, 2010, to file his opposition to the motion for summary judgment is **GRANTED.**

IT IS SO ORDERED.

Dated: **October 1, 2010**
                                                                                                 **/s/ Jennifer L. Thurston**
                                                                                                 UNITED STATES MAGISTRATE JUDGE