IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA MCCLAIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L. GONZALES, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:07-cv-00945 JLT (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR A SETTLEMENT CONFERENCE<br><br>(Doc. 77) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2011, Plaintiff filed a motion requesting a settlement conference. (Doc. 77.) Therefore, within fourteen days of the date of this order, Defendants shall notify the Court: (1) whether settlement negotiations would be fruitful at this time; (2) if so, whether negotiations should proceed solely between the parties or whether a settlement conference should be scheduled before the assigned U.S. Magistrate Judge.

IT IS SO ORDERED.

Dated: **August 31, 2011**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE