IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA MCCLAIN, | Case No. 1:07-cv-00945 JLT (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR A SETTLEMENT CONFERENCE |
| vs. | (Doc. 77) |
| L. GONZALES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2011, Plaintiff filed a motion requesting a settlement conference. (Doc. 77.) The Court, in turn, instructed Defendants to file a response indicating whether settlement negotiations would be fruitful at this time. (Doc. 81.) Defendants filed a timely response on September 13, 2011, wherein Defendants state that settlement negotiations would not be useful at this juncture. (Doc. 85.)

Accordingly, it is **HEREBY ORDERED** that Plaintiff's August 29, 2011 motion/request for a settlement conference (Doc. 77) is **DENIED**.

IT IS SO ORDERED.

Dated: **September 14, 2011**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE