
**FILED**

JAN 31 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA MCCLAIN, | CASE NO. 1:07-cv-00945 JLT (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE NAKIA MCCLAIN, H-93567, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| L. GONZALES, et al., | |
| Defendants. | |

The jury trial in this matter concluded on January 31, 2012. Plaintiff inmate Nakia McClain, H-93567, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: January 31, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1